IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TOMMY RADFORD                                                                                           PLAINTIFF
ADC #089900

V.                                  Case No. 4:24-CV-00203-JM-BBM

JARED BYERS, Warden,
Ouachita River Unit, *et al.*,                                                                       DEFENDANTS

## **ORDER**

The Court has received a Recommendation for dismissal submitted by United States Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Complaint (Doc. 1) is DISMISSED, without prejudice, for failure to state a claim upon which relief may be granted.

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 7th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE