IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TOMMY RADFORD                                                                                          PLAINTIFF
ADC #089900

V.                              Case No. 4:24-CV-00203-JM-BBM

JARED BYERS, Warden,
Ouachita River Unit, *et al.*,                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 7th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE